Message

| | |
|---|---|
| **From:** | Lewis Ferebee [ferebeel@myips.org] |
| **Sent:** | 3/7/2016 5:39:56 PM |
| **To:** | Tina S. Hester [hesterts@myips.org] |
| **Subject:** | Re: Timeline |
| **Attachments:** | Image003.png; Image002.png; DC8E8C96-E64D-4C06-AC30-DA72127C4BC7[388].png; headers.822 |

Present him with termination letter and see what happens.

Lewis D. Ferebee, Ed.D. | Superintendent | **Indianapolis Public Schools** | 120 E Walnut St, Indianapolis, IN 46204 |www.myips.org
**Proud to be Public**

**From:** "Tina S. Hester" <hesterts@myips.org>
**Date:** Monday, March 7, 2016 at 5:07 PM
**To:** Lewis Ferebee <ferebeel@myips.org>
**Subject:** RE: Timeline

We would list it as Resignation or Termination as Assistant Principal of Meridian Transition. I would suggest accepting his resignation in lieu of the termination.

**From:** Lewis Ferebee
**Sent:** Monday, March 07, 2016 5:05 PM
**To:** Tina S. Hester <hesterts@myips.org>
**Subject:** Re: Timeline

How would the administration only termination be reflected on the personnel report?

Lewis

Lewis D. Ferebee, Ed.D. | Superintendent | **Indianapolis Public Schools** | 120 E Walnut St, Indianapolis, IN 46204 |www.myips.org
**Proud to be Public**

**From:** "Tina S. Hester" <hesterts@myips.org>
**Date:** Monday, March 7, 2016 at 5:01 PM
**To:** Lewis Ferebee <ferebeel@myips.org>
**Subject:** Timeline

I have been busy speaking with Paula Peterson regarding an allegation by one of her students that her teacher who was just employed in January "raped her." All protocols have been followed ☺. The little girl cannot show or explain what the teacher did except to say "I don't know but he raped me." We will suspend but I don't think this case has much merit according to what Paula states. I don't think that CPS was even coming out to investigate but we are doing what we have to do. The IPS police will speak with the teacher following our suspension conference here.

EXHIBIT
3

This is my thinking about Mr. Jensen: because he has a basic teacher contract, we have to adhere to his right for a private conference as a teacher. To terminate him, we have to cancel both contracts: admin and teacher.

So we could terminate based on neglect of duty and other just cause. If I call him in tomorrow, we would have to adhere to the following timeline to make the March 17 action session:

- <!--[if !supportLists]--><!--[endif]-->Notice on March 8th
- <!--[if !supportLists]--><!--[endif]-->Ask for a conference with you by March 10 (but the 5th day is Saturday, March 12)
- <!--[if !supportLists]--><!--[endif]-->Meeting with you March 11-You must let him know that your recommendation stands after you have heard his side of things so that we can count that day
- <!--[if !supportLists]--><!--[endif]-->Must request to see the board 5 days from his meeting with you which is March 15
- <!--[if !supportLists]--><!--[endif]-->Meeting with board can be held on March 15 or March 16
- <!--[if !supportLists]--><!--[endif]-->Board takes action March 17.

This timeline is very tight. I will of course pursue his retirement option. Are you certain that you want to cancel both contracts? He may take things a tad better if he is allowed to stay in the district but is demoted.
Just let me know. I will see him tomorrow and I want to have all the answers to possible questions.


Best regards,
Tina

Tina S. Hester, Ed.D | Human Resource Operations Officer | **Indianapolis Public Schools** | 120 E Walnut St, Indianapolis, IN 46204 | 317.226.4580 (o) | 317.226.4016 (f) | hesterts@myips.org | **Proud to be Public**